UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNIE RICCIO, on behalf of her minor child STEFANIE ANDREE : | |
| VS. : | CIVIL ACTION NO. |
| NEW HAVEN BOARD OF EDUCATION : | MARCH 21, 2005 |

## C O M P L A I N T

    1. This is an action by a female student against a school system which is the recipient of federal funds, for tolerating and encouraging a pattern of sexual harassment directed against her by other students and faculty over a long period of time.

    2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 of the United States Code and this court's supplementary and diversity jurisdiction over the plaintiff's causes of action under state law.

    3. The plaintiff, Connie Riccio, is an adult citizen of the United States residing in New Haven, Connecticut.  She is the mother of a minor daughter, Stefanie Andree, who was born on October 21, 1990.  She brings this action on behalf, and as the next friend, of her said daughter.

    4. During the 2003-2004 school year, the plaintiff's daughter was an eighth grade student at the Nathan Hale School in the City of New Haven.

    5. During that time, Lea Lucatino was a resident of the Town of East Haven who was allowed, in violation of the rules of the defendant, to attend the Nathan

Hale School free of charge pursuant to the personal directive of Reginald Mayo, the New Haven Superintendent of Schools, as a "favor to a friend."

     6.  During the entire 2003-2004 school year, Lea Lucatino and other students and teachers incited by her to do so, subjected the plaintiff's daughter to a constant stream of taunting and ridicule by false assertions that the plaintiff's daughter was a lesbian.  The plaintiff's daughter was subjected by all of such persons to bullying and taunting because of her sex, and she was constantly called such names as "loser," "freak," "dyke," "bitch," "gay," "lesbian," and the like.  The plaintiff's daughter and a female friend were, similarly, taunted as "lovers" and "fucking dykes".

     7.  The plaintiff complained repeatedly concerning the above harassment to Kim Johnsky, the principal of the school.  Her complaints were ignored and the taunting and harassment was allowed to continue.

     8.  The plaintiff complained personally to Reginald Mayo, the aforesaid New Haven Superintendent of Schools, concerning the above harassment.  He responded by ridiculing the plaintiff and asserting his support for the abusers.

     9. In the manner described above, the defendant has, on the basis of the sex of the plaintiff's daughter, excluded her daughter from participation in, denied her the benefits of, and/or subjected her to discrimination under an education program or activity receiving Federal financial assistance in violation of Title IX of the Educational Amendments of 1972, Sections 1681 - 1688 of Title 20 of the United States Code.

     10.  As a direct and proximate result of the acts and omissions of the defendant described above, the plaintiff's daughter has suffered severe emotional distress.

WHEREFORE, the plaintiff on behalf of her minor daughter claims judgment against the defendant for compensatory damages, punitive damages, attorney fees and costs.

*The plaintiff claims trial by jury.*

                THE PLAINTIFF

                BY:_____
                      JOHN R. WILLIAMS (ct00215)
                      51 Elm Street
                      New Haven, CT 06510
                      TELEPHONE:  203.562.9931
                      FAX:  203.776.9494
                      E-MAIL:  jrw@johnrwilliams.com
                      Her Attorney